# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| THOMAS SOOK, an individual, | )<br>) |
| Plaintiff, | )  **CASE NO.** 8:15-cv-264-EAK-MAP<br>) |
| v. | )<br>) |
| THE NIELSEN COMPANY (US), LLC,<br>a Delaware limited liability company<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Thomas Sook, and Defendant, The Nielsen Company (US), LLC, through undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice with each party to bear its own attorneys' fees and costs.

Dated: October 26, 2015.

                                                                Respectfully submitted,

| | |
|---|---|
| */s/Patrick Crotty*<br>Patrick C. Crotty, Esq.<br>Scott D. Owens, Esq.<br>SCOTT D. OWENS, P.A.<br>3800 S. Ocean Drive, Ste. 235<br>Hollywood, FL 33019<br>Telephone: 954-589-0588<br>Facsimile: 954-337-0666<br>patrick@scottdowens.com<br>scott@scottdowens.com | */s/David Hartsell*<br>David L. Hartsell (Admitted Pro Hac Vice)<br>Sarah A. Zielinski (Admitted Pro Hac Vice)<br>McGUIREWOODS LLP<br>77 W. Wacker Drive, Suite 4100<br>Chicago, IL 60601<br>(312) 849-8100<br>(312) 849-3690 (fax)<br>dhartsell@mcguirewoods.com<br>szielinski@mcguirewoods.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 26, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *Patrick Crotty*
Patrick C. Crotty, Esq.